UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DLHON-BETHELY FIGARO,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>Respondents. | Case No.: 3:26-cv-01192-CAB-MMP<br><br>**ORDER DISMISSING PETITION WITHOUT PREJUDICE**<br><br>**[Doc. No. 4]** |

The parties have jointly moved to dismiss the pending petition for a writ of habeas corpus because the Petitioner was released from custody on February 26, 2026. [Doc. No. 4.] The Court **GRANTS** the motion to dismiss without prejudice, [Doc. No. 4], and **VACATES** the pending briefing schedule, [Doc. No. 3]. <u>The Clerk of the Court shall close the case.</u>

It is **SO ORDERED**.

Dated: March 3, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

1